**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

I, Liomir D. Cortes, being duly sworn, declare and state the following:

AFFIANT'S BACKGROUND

1.      I am a Criminal Investigator, Deputy United States Marshal (CIDUSM) in the District of Puerto Rico and have been so employed for 5 years. I am currently assigned to the United States Marshals Service District Office in Puerto Rico and my duties include locating and apprehending fugitives of the law; enforcement of federal laws and providing support to all elements of the federal justice system by providing for the security of federal courts and the safety of federal judges; and exercising custody of federal prisoners and providing for their security and transportation to correctional facilities. My training includes completion of the Basic Deputy United States Marshals Training Program and the Federal Criminal Investigators Training Program in Glynco, GA, with a bachelor's degree in criminal justice with Law and Society from the University of Puerto Rico, in Carolina, Puerto Rico.

2. As a deputy, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States; 28 USC § 564, 566(a)(d).

3.      I am investigating Santos Joel DE JESUS-TORRES, who resides in or around San Juan, Puerto Rico. As it will be shown, there is probable cause DE JESUS-TORRES did escape from custody of the Attorney General in violation of 18 USC § 751(a) and 18 USC § 4082(a).

4.      The statements in this affidavit are based in part on affiant's personal observations and statements made by other local and federal law enforcement officers. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each fact known to me concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause that DE JESUS-TORRES Santos Joel did escape from

the custody of the Attorney General or authorized representative, violating 18 USC § 751(a) and 18 USC § 4082(a).

## STATUTORY AUTHORITY

5.      This investigation concerns alleged violations of Title 18, United States Code, Section 751(a):

"Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense, be fined under this title or imprisoned not more than five years, or both; or if the custody or confinement is for extradition, or for exclusion or expulsion proceedings under the immigration laws, or by virtue of an arrest or charge of or for a misdemeanor, and prior to conviction, be fined under this title or imprisoned not more than one year, or both."

6.      Pursuant to Title 18, United States Code, Section 4082(a):

"The willful failure of a prisoner to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, shall be deemed an escape from the custody of the Attorney General punishable, as provided in Chapter 35 of this title."

## BACKGROUND OF THE INVESTIGATION

7.      On October 19, 2023, Santos Joel DE JESUS-TORRES was sentenced in the United States District Court for the District of Puerto Rico in three cases. In Criminal Case No. 3:14-CR-110-04(RAM), he was sentenced to fourteen (14) months in prison for the revocation of his supervised release term. This would be served concurrently to eight-teen (18) months for the revocation of supervised release sentence imposed in Criminal Case No. 3:17-CR-346-01 (RAM). On Criminal Case No. 3:22-CR-0058-02 (RAM) DE JESUS-TORRES was sentenced to forty-six (46) months to be served consecutively to the imprisonment terms imposed in the criminal cases 3:14-110-04(RAM) and 3:17-346-01 (RAM).

8. DE JESUS-TORRES has not yet finished serving these sentences.

9. On April 15, 2026, DE JESUS-TORRES was ordered to travel from FCI Bennettsville North Carolina to Volunteers of America Halfway House in San Juan, Puerto Rico. At approximately 10:00am prison staff released, inmate DE JESUS-TORRES (43728-069) in route to Columbia Metropolitan Airport in South Carolina for an unescorted transfer to the Volunteers of America halfway house located in 1606 Fernandez Juncos Ave. in San Juan Puerto Rico. He was scheduled to depart via American Airlines flight 6101 in route to Charlotte Douglas International Airport located in Charlote NC. Expecting a layover in Charlotte via American Airlines flight 2830 in route to San Juan Puerto Rico airport expecting to arrive at 8:51pm. Upon arriving in San Juan, DE JESUS-TORRES was supposed to proceed directly to the Volunteers of America halfway house located in 1606 Fernandez Juncos Ave. in San Juan Puerto Rico no later than 9:20pm.

10.    DE JESUS-TORRES never arrived at the Volunteers of America halfway house where he was ordered confined at the direction of the Attorney General by virtue of a judgment of the United States District Court for the District of Puerto Rico.

11.    Based on information received from other law enforcement agencies, on April 15, 2026, close to midnight, DE JESUS-TORRES's boarding pass and other documents were found in a car that was abandoned in San Juan after a high-speed chase. DE JESUS-TORRES's brother, who had an outstanding arrest warrant, was arrested during the same incident. DE JESUS-TORRES's whereabouts remain unknown

12.    On April 16, 2026, the BOP issued a Notice of Escaped Federal Prisoner.

<u>CONCLUSION</u>

13.    Based on the aforementioned information, Affiant respectfully submits that there is probable cause to believe that SANTOS DE JESUS-TORRES escaped from the custody of the Attorney General, on April 15, 2026, in or around San Juan, Puerto Rico, and thereby violated Title 18, <u>United States Code</u>, Section 751(a) of the United States Code.

14.    Your Affiant, therefore, respectfully requests that an arrest warrant be issued.


LIOMIR CORTES   Digitally signed by LIOMIR CORTES
Date: 2026.04.16 18:09:22 -04'00'

Liomir D. Cortes
Criminal Investigator, Deputy United States Marshal
United States Marshal Service


Sworn and subscribed pursuant to FRCP 4.1 at _9:18 AM_, by _phone_, this _17th_ ~~this~~

_____ day of April, 2026.


Marshal D. Morgan
United States Magistrate Judge